**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**PAMELA HALL** **PLAINTIFF**

**v.** **CASE NO. 4:25-CV-00416-BSM**

**WAL-MART STORES ARKANSAS, LLC** **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 6th day of August, 2026.

UNITED STATES DISTRICT JUDGE